CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 25 2011

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

OPHELIA DE'LONTA,
    Plaintiff,

Civil Action No. 7:11-cv-00136

v.

**ORDER**

GENE JOHNSON, et al.,
    Defendants.

By:    Hon. James C. Turk
        Senior United States District Judge

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for leave to proceed in forma pauperis is **DENIED**; the complaint is **DISMISSED without prejudice**; all pending motions are **DENIED** as moot; and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile her claims in a new and separate action at the time she can pay the $350 filing fee or file the necessary documents to proceed in forma pauperis.

    The Clerk is directed to send a copy of this order to plaintiff.

    ENTER: This 25th day of April, 2011.

                                        /s/ James C. Turk
                                        Senior United States District Judge